UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-01694-JLS-KES                                           Date: October 28, 2020
Title: Younesi v. Sadoughi

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER OF DISMISSAL OF ACTION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Notice of Voluntary Dismissal filed by Plaintiff Yasaman Younesi (Doc. 52), it is hereby ORDERED that the action is dismissed with prejudice, with each side bearing their own attorney's fees and costs.

Initials of Preparer:  mku